/a

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| BENITO DE LA CRUZ, JR., <br> Plaintiff | § <br> § <br> § |
| v. | § CIVIL CAUSE NO. B-98-113 |
| CAMERON COUNTY, TEXAS, et al., <br> Defendants | § <br> § <br> § |

### ORDER GRANTING
### UNOPPOSED MOTION FOR OTHER SUBSTITUTED SERVICE,
### OR IN THE ALTERNATIVE, MOTION FOR CITATION BY PUBLICATION

On this date, the Court considered the Motion for Other Substituted Service, or in the Alternative, Motion for Citation by Publication, of Plaintiff Benito de la Cruz, Jr.

The Court finds that service of citation by publication on Defendant Robert Sanchez is authorized and that the following method of service would be as likely as publication to give such Defendant actual notice.

**IT IS THEREFORE ORDERED** that service on Defendant Robert Sanchez be effected by leaving a copy of the summons, with a copy of the complaint or any amended complaint and a copy of this order attached, with any person over the age of sixteen at the offices of the Cameron County Drug Enforcement Task Force, 2100 Boca Chica, Brownsville, Texas. The officer executing the citation shall state on the return the manner in which service is accomplished and shall attach any evidence showing the result of the service.

SIGNED on the 3RD of DEC, 1998.

_____
JUDGE PRESIDING