*13*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BENITO DE LA CRUZ, JR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. B-98-113 |
| | § | |
| CAMERON COUNTY, TEXAS, et al., | § | |
| Defendants | § | |

United States District Court
Southern District of Texas
ENTERED

DEC 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

A Motion to Stay Discovery was made by Defendant Gus Reyna before this Court. The Court has considered the pleadings and arguments and has examined the briefs which were submitted with regard to such plea.

IT IS ORDERED that Defendant' Gus Reyna's Motion to Stay Discovery is DENIED in all respects.

**Done** in Brownsville, Texas on this the 3RD of DEC, 1998.

_____
United States ~~District~~ Judge
MAGISTRATE