2b

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BENITO DE LA CRUZ, JR., § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-113 |
| § | |
| CAMERON COUNTY, TEXAS, ET AL, § | |
| Defendants. § | |

### ORDER

Before this court is Defendants' Rule 12(b)(6) Plea to Dismiss Plaintiff's 42 U.S.C. §1983 claims. Defendants Gus Reyna and Javier Reyna have asserted the defense of qualified immunity. Pursuant to Rule 7(a) of the Federal Rules of Civil Procedure and *Reyes v. Sazan*, 168 F.3d 158, 161 (5th Cir. 1999), Plaintiff is hereby ORDERED to file a fact-specific reply tailored to Defendants' assertions of the qualified immunity defense within the next twenty (20) days.

Done in Brownsville, Texas, this 15th day of September, 1999.

_____
Felix Recio
United States Magistrate Judge