28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 12 1999

Michael N. Milby, Clerk of Court

BENITO DE LA CRUZ, JR.          *
                                *
    VS                          *   C.A. NO. B-98-113
                                *
CAMERON COUNTY, TEXAS, ET AL    *

## O R D E R

All settings in the above-styled and number cause of action are hereby **cancelled**. All pending motions are hereby held **in abeyance** pending the filing of a report and recommendation to the District Judge by this Court.

Done at Brownsville, Texas, this 12th day of October 1999.

_____
Felix Recio
United States Magistrate Judge