31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BENITO DE LA CRUZ, JR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-113 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL, | § | |
| Respondent | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Motion to Dismiss by Gus Reyna, Javier Reyna, Sanchez and Lucio, in their official capacities, Gus Reyna in his individual capacity, and County be adjudged as follows:

1. Cameron County:

   DENIED as to the §1983 cause of action;

   GRANTED, DISMISSED WITHOUT PREJUDICE, as to the Texas Tort Claims Act causes of action;

   GRANTED as to the common law causes of action of false arrest, false imprisonment, intentional infliction of emotional distress, defamation, malicious prosecution, and abuse of process;

   GRANTED as to the Texas constitutional tort cause of action;

   DENIED as to the breach of contract.

2. Gus Reyna, Javier Reyna, Sanchez and Lucio, in their official capacities:

   DENIED as to the §1983 cause of action;

   GRANTED, DISMISSED WITHOUT PREJUDICE, as to the Texas Tort Claims Act causes of action;

   GRANTED as to the common law causes of action of false arrest, false imprisonment,

12

intentional infliction of emotional distress, defamation, malicious prosecution, and abuse of process.

3. Gus Reyna Individually:

GRANTED as to the §1983 cause of action;

GRANTED, DISMISSED WITHOUT PREJUDICE, as to the Texas Tort Claims Act causes of action;

GRANTED as to the common law causes of action of false arrest, false imprisonment, malicious prosecution, abuse of process, defamation, and intentional infliction of emotional distress.

Furthermore, the Motion to Dismiss filed by Javier Reyna, individually, is adjudged as follows:

GRANTED, DISMISSED WITHOUT PREJUDICE, as to the Texas Tort Claims Act causes of action;

GRANTED as to the common law claims of false arrest, false imprisonment, malicious prosecution, abuse of process, defamation, and intentional infliction of emotional distress; and

GRANTED as to the state constitutional claim.

DONE in Brownsville, Texas on this 7th day of January, 2000.

Filemon B. Vela
United States District Judge

13