*32*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BENITO DE LA CRUZ, JR. | * | |
| | * | |
| VS | * | C.A. NO. B98 113 |
| | * | |
| CAMERON COUNTY, TEXAS, ET AL | * | |

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Thursday, February 10, 2000, at 9:00 a.m.**

Local Rule 2C sets forth certain information required of those signing pleadings.  Please comply with this rule.

DONE at Brownsville, Texas, this **1st** day of **February 2000.**

Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
956/548-2701