34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

BENITO DE LA CRUZ, JR.          *
          VS                    *   C.A. No. B98 113
CAMERON COUNTY, TEXAS, ET AL    *

ORDER GRANTING AGREED MOTION
EXTENSION OF TIME TO COMPLETE DISCOVERY

On this day came on to be considered Defendant JAVIER REYNA's Agreed Motion for Extension of Time to Complete Discovery in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by **May 10, 2000**.

(2)   All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery, **May 20, 2000**.

(3)   A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **June 12, 2000**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)   A final pretrial and settlement conference is set for **June 12, 2000, at 2:00 p.m.**

(5)   Trial on the merits is set for **June 29, 2000, 8:30 a.m.**, docket call before Judge Vela.

DONE at Brownsville, Texas, on **February 10, 2000**.

Felix Recio
United States Magistrate Judge