43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

BENITO DE LA CRUZ, JR.                    *

    VS                                    *   C.A. NO. B99-113

CAMERON COUNTY, TEXAS, ET AL              *

# N O T I C E

TAKE NOTICE that the following **proceedings** in the above-captioned cause of action have been set for the place, date, and time set forth below:

    Before U.S. District Judge Filemon B. Vela
    U.S. Federal Building & Courthouse
    600 E. Harrison, 3rd Floor
    Brownsville, TX 78520

**FINAL PRETRIAL:** June 29, 2000, 8:30 am

**Jury selection:** JUNE 30, 2000, 8:30 am

                Michael N. Milby, CLERK

                _Maria C Garcia_
                (By) Deputy Clerk

                Date: June 12, 2000