49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

BENITO DE LA CRUZ, JR.          *

    VS                          *   C.A. NO. B98-113

CAMERON COUNTY, TEXAS, ET AL    *

## ORDER SETTING EVIDENTIARY HEARING

An evidentiary hearing in above-captioned and numbered cause of action is hereby set for **July 17, 2000, at 2:00 p.m.**

DONE at Brownsville, Texas, this 5th day of July 2000.

Felix Recio
United States Magistrate Judge
Courtroom No. 1, 2nd Floor
600 E. Harrison, #203
Brownsville, TX  78520-7114