UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

BENITO DE LA CRUZ, JR.        *
                              *
     VS                       *   CIVIL ACTION NO. B-98-113
                              *
CAMERON COUNTY, TEXAS, ET AL  *

## ORDER GRANTING PLAINTIFF'S
## MOTION TO RESET EVIDENTIARY HEARING

Before the Court is Plaintiff's Motion to Reset Evidentiary Hearing set for July 17, 2000. The motion is hereby **GRANTED.**

The evidentiary hearing is reset to August 3, 2000, at 2:00 p.m. Furthermore, the August 2000 docket dates are reset to August 31, 2000, 8:30 a.m. (final pretrial), and September 1, 2000, 8:30 a.m. (jury selection).

DONE at Brownsville, Texas, on 10th day of July 2000.

_____
Felix Recio
United States Magistrate Judge