58

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BENITO DE LA CRUZ, JR.  § | |
| Plaintiff,  § | |
| § | |
| v.  § | CIVIL CAUSE NO. B-98-113 |
| § | |
| CAMERON COUNTY TEXAS, et al,  § | |
| Defendants.  § | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF NONSUIT

On the 23rd day of August, 2000, came for consideration Plaintiff's Notice of Nonsuit as to All Defendants.  After considering same, the Court is of the opinion that the same should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Notice of Nonsuit as to All Defendants is granted.

Signed on this the 23rd day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE